UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Civil No. 08-cv-499-SM

<u>David M. Hulick</u>
<u>Caroline P. Hulick</u>

Re: Document No. 38, MOTION to Compel Answers to Interrogatories and Production of Documents

Ruling: Denied without prejudice. In light of the district judge's order (doc. no. 42) dismissing all of the Hulicks' counterclaims except the breach of contract claim, the legal landscape has shifted considerably since the Hulicks filed their First Motion to Compel (doc. no. 38). The motion is denied without prejudice to the Hulicks resubmitting it, and including with any resubmission, an explanation of how the district judge's order impacts the precise interrogatory and document requests therein.

Date: September 28, 2011                             <u>/s/ Landya B. McCafferty</u>
                                                                         Landya B. McCafferty
                                                                         United States Magistrate Judge

cc:    Andrea A. Kafka
       Daniel E. Will
       Joshua M. Wyatt